IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE MANPOWER OF LANSING, MI, INC., DATA BREACH LITIGATION, | : : : : |
| This Documents Relates to: Guillaume Poudrier (1:25cv956) | : : : : : : : : : : | Master File No. 1:25cv956 |

**JOINT STIPULATION AND PROPOSED**
**ORDER TO SUBSTITUTE NAMED PLAINTIFF**

Plaintiff, Guillaume Poudrier, individually and on behalf of all others similarly situated ("Plaintiffs"), and Manpower of Lansing, MI, Inc. ("Defendant") (collectively, the "Parties"), stipulate and agree to substitute the named Plaintiff, based on the following:

1. On August 18, 2025, Plaintiff Guillaume Pourdrier filed a Class Action Complaint (ECF No. 1), asserting claims of a Data Breach.

2. On September 17, 2025, Plaintiffs filed a Motion to Consolidate the Related Actions and to Appoint Interim Co-Lead Class Counsel (ECF No. 7).

3. On October 22, 2025, the Court held a hearing on Plaintiffs' Motion.

4. On October 24, 2025, the Court entered an Order Granting Plaintiffs' Motion to Consolidate the Related Actions and to Appoint Interim Co-Lead Class Counsel (ECF No. 17).

5. On October 28, 2025, the Court entered an Amended Order Granting Plaintiffs' Motion to Consolidate the Related Actions and to Appoint Interim Co-Lead Counsel (ECF No. 18).

1

6. On November 2, 2025, Plaintiffs' counsel was contacted by Plaintiff Pourdrier requesting he be removed as the Named Plaintiff in this case.

7. Plaintiffs' counsel subsequently determined that Lorna Lane should serve as a named Plaintiff, in lieu of Guillaume Poudrier, and to act in the best interests of the putative class members.

8. Plaintiff Pourdrier shall remain a member of the putative class as an absent class member.

THEREFORE, upon the stipulated agreement of the Parties, the Court Orders as follows:

1. Lorna Lane will substitute for Guillaume Pourdrier as the named Plaintiff, and Guillaume Pourdrier shall remain an absent class member; and

2. Going forward, the case caption will be changed to reflect Lorna Lane as the named Plaintiff in the action originally styled *Poudrier v. Manpower of Lansing Michigan, Inc.,* No. 25-cv-956.

**IT IS SO ORDERED.**

Date: _____

                                              Hon. Phillip J. Green
                                              U.S. Magistrate Judge

STIPULATED AND AGREED TO:

| | |
|---|---|
| /s/ Kevin J. Stoops | /s/ Mitchell Capp (w/consent) |
| Gary F. Lynch (PA 56887) | Timothy Lowe (P68669) |
| Gerald D. Wells, III * | Mitchell Capp (P84197) |
| Stephen E. Connolly * | MCDONALD HOPKINS PLC |
| **LYNCH CARPENTER, LLP** | 39533 Woodward Ave. Ste. 318 |
| 1133 Penn Ave., 5th Floor | Bloomfield Hills, MI 48304 |
| Pittsburgh, Pennsylvania 15222 | (248) 220-1359 |
| | tlowe@mcdonaldhopkins.com |

Kevin J. Stoops (P64371)
Sommers Schwartz, P.C.
One Town Square, 17th Floor
Southfield, Michigan 48076
(248) 355-0300
kstoops@sommerspc.com

Scott Edward Cole
**COLE & VAN NOTE** 555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile:(510) 891-7030
Email: lvn@colevannote.com

Gregory A. Mitchell (P68723)
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, Michigan 48307
Telephone: (248) 609-3733
Email: epm@millerlawpc.com
Email: gam@millerlawpc.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS G ROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
T: (866) 252-0878
gklinger@milberg.com

Casondra Turner *
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone: (866) 252-0878
Facsimile: (771) 772-3086
cturner@milberg.com