**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE MANPOWER OF LANSING, MICHIGAN, INC., DATA BREACH LITIGATION | Case No.: 1:25-cv-956-PLM-PJG |
| | Hon. Paul L. Maloney |

**CERTIFICATE REGARDING MOTION CONCURRENCE**

Pursuant to L.R. 7.1(d), Plaintiffs' Counsel requested concurrence in Plaintiffs' Motion for Leave for Counsel to Appear at Rule 16 Scheduling Conference Via Zoom.

On April 29, 2026, Plaintiffs' Counsel met and conferred with Defendant's counsel, who do not oppose the request.

Dated: April 29, 2026

Respectfully Submitted,

By:     */s/ Gregory A. Mitchell*
Gregory A. Mitchell (P68723)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Email: gam@millerlawpc.com