UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| *IN RE MANPOWER OF LANSING, MI INC. DATA BREACH LITIGATION* | Hon. Paul L. Maloney |
| | Case No. 1:25-cv-00956-PLM-PJG |

_____/

### **ORDER**

This matter is before the Court on Plaintiffs' Motion for Leave for all parties to appear via Zoom at the May 4, 2026, Rule 16 Scheduling Conference.  (ECF No. 28).  The motion is not opposed.  The Court being fully advised in the premises, the motion is **GRANTED**.  The Court will issue a video conference link in a separate filing.

**IT IS SO ORDERED**.


Date: April 30, 2026                           /s/ Phillip J. Green
                                               PHILLIP J. GREEN
                                               United States Magistrate Judge