# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:25-cv-00956-PLM | 5/4/2026 | 11:18 - 11:35 AM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Lane v. Manpower of Lansing, MI Inc. (Lead Case) |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Gregory A. Mitchell | Plaintiffs |
| Mitchell Capp | Defendant |

## PROCEEDINGS

**NATURE OF HEARING:**

Rule 16 Scheduling Conference held via Zoom in all In re: Manpower of Lansing, MI Inc. Data Breach Litigation cases below; CMO to issue.

1:25-cv-00966- Mary  Brooks v. Manpower of Lansing, Michigan, Inc.,

1:25-cv-00972- Latoya Middleton v. Manpower of Lansing, Michigan, Inc.

1:25-cv-00971- Shanna Harmon v. Manpower of Lansing, Michigan, Inc.

1:25-cv-00969- Frederick Cooper v. Manpower of Lansing, Michigan, Inc.,

1:25-cv-00976- Sara Conrad v. Manpower of Lansing Michigan, Inc.

1:25-cv-01028- Deanna Ghinelli v. Manpower of Lansing, Michigan, Inc.

1:25-cv-00967- Amy Doublin v. Manpower of Lansing, Michigan, Inc.

1:25-cv-00990- Christine Cooper v. Manpower of Lansing Michigan, Inc.

1:25-cv-00992- Courtney Howard v. Manpower of Lansing, Michigan, Inc.

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema