UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE MANPOWER OF LANSING, MI, INC.
DATA BREACH LITIGATION

_____/

Case No. 1:25-cv-00956-PLM-PJG

CLASS ACTION

## PLAINTIFFS' NOTICE OF PARTIES' SELECTION OF MEDIATOR

Pursuant to this Court's Case Management Order (ECF No. 33), the Parties, through their respective counsel, have mutually selected an experienced data breach class action mediator, Mr. Steven Jaffe of Upchurch Watson White & Max, to serve as mediator in this matter.[1] The Parties are in the process of securing the earliest available mediation date for the Parties and the mediator.

Dated: May 20, 2026

Respectfully submitted,

By: */s/ Gregory A. Mitchell*
Gregory A. Mitchell (P68723)
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Suite 300
Rochester, MI 48307
T: (248) 841-2200
epm@millerlawpc.com
gam@millerlawpc.com

Gerald D. Wells, III
**LYNCH CARPENTER, LLP**
1760 Market Street, Suite 600
T: 267-609-6910
 jerry@lcllp.com

Scott Edward Cole
**COLE & VAN NOTE**
555 12th Street, Suite 2100

---

[1] The proposed mediator does not appear on the list of court certified mediators, but the Parties believe that Mr. Jaffe is well-suited to mediator this matter. *See, e.g.,* https://www.uww-adr.com/Steven-R--Jaffe-10-727.html (illustrating vast, on-point experience).

Oakland, California 94607
T: 510-891-9800
sec@colevannote.com

Gary Klinger
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
T: 866-252-0878
gklinger@milberg.com

***Interim Co-Lead Class Counsel***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 20, 2026, a true and correct copy of the foregoing ***Plaintiffs'***

***Notice of Parties' Selection of Mediator*** was electronically filed with the Clerk of Court using

CM/ECF, which will send electronic notice of same to all counsel of record.

*/s/ Gregory A. Mitchell*
Gregory A. Mitchell
