UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE MANPOWER OF LANSING, MI,           Case No. 1:25-cv-956
INC. DATA BREACH LITIGATION,
                                          HONORABLE PAUL L. MALONEY

_____/

## ORDER REGARDING AGREED UPON MEDIATOR

On May 20, 2026, a Notice was filed stating the parties have selected Steven Jaffe as the agreed upon mediator (ECF No. 34).  The proposed mediator does not appear on the list of court certified mediators.  The Court, however, will approve the parties' selection as the facilitative mediator for this case.  All rules of this court regarding the administration of Alternative Dispute Resolution shall be followed.

**IT IS SO ORDERED**.

Dated:  May 20, 2026                         /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge