**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE MANPOWER OF LANSING, MI, INC. DATA BREACH LITIGATION | Case No: 1:25-cv-00956-PLM-PJG |

**NOTICE OF CHANGE OF FIRM AND CONTACT INFORMATION**

**PLEASE TAKE NOTICE** that Amber Schubert, counsel for Plaintiff Deanna Ghinelli, is no longer affiliated with Schubert Jonckheer & Kolbe LLP. Her updated contact information is as follows:

Amber L. Schubert (CA No. 278696)
**AWKO Law, LLP**
2193 Fillmore Street
San Francisco, CA 94115
Tel: 850.202.1010
aschubert@awkolawllp.com

Ms. Schubert remains counsel of record for Plaintiff Ghinelli. All future notices and communications should be directed to her at the contact information above.

Dated: November 20, 2026

Respectfully Submitted,

*/s/ Amber L. Schubert*
Amber L. Schubert
**AWKO Law, LLP**
2193 Fillmore Street
San Francisco, CA 94115
Tel: 850.202.1010
aschubert@awkolawllp.com

Rod M. Johnston
Michigan Bar No. P80337
**JOHNSTON LAW, PLLC**
6911 Duchess Court

Troy, Michigan 48098
Tel: (586) 321-8466
Email: rod@johnstonlawflsa.com

*Counsel for Plaintiff Ghinelli*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify all counsel of record of the filing.

*/s/ Amber L. Schubert*
Amber L. Schubert